1  MAYALL HURLEY P.C.
2  2453 Grand Canal Boulevard
   Stockton, California 95207
3  Telephone: (209) 477-3833
   NICHOLAS F. SCARDIGLI
4  CA State Bar No. 249947
   Email: nscardigli@mayallaw.com
5
   Attorneys for Plaintiff JUAN OCHOA JR.
6
7  SEYFARTH SHAW LLP
   Lindsay S. Fitch (SBN 238227)
8  lfitch@seyfarth.com
   Bradley D. Doucette (SBN 322611)
9  bdoucette@seyfarth.com
   400 Capitol Mall, Suite 2300
10 Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
11 Facsimile:    (916) 558-4839
12
   *Attorneys for Defendant*
13 COSTCO WHOLESALE CORPORATION

14          **IN THE UNITED STATES DISTRICT COURT**

15         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16 | **JUAN OCHOA JR.,** | Case No.: **2:22-CV-02287-KJM-AC** |
17 | | |
   | **Plaintiff,** | [*Assigned for all purposes to Hon. Kimberly J. Mueller*] |
18 | | |
19 | **vs.** | |
   | | **STIPULATION AND ORDER RE:** |
20 | **COSTCO WHOLESALE CORPORATION** | **FILING OF FIRST AMENDED** |
   | **and DOES 1-10, inclusive,** | **COMPLAINT** |
21 | | |
22 | **Defendants.** | Date Action Filed:   November 18, 2022 |
23

24      IT IS HEREBY STIPULATED by and between Plaintiff Juan Ochoa Jr. ("Plaintiff") and

25 Defendant Costco Wholesale Corporation ("Defendant"), through their respective counsel of

26 record, that Plaintiff may file his First Amended Complaint for Damages, attached hereto as

27 **Exhibit A**, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

28 / / /

1    IT IS SO STIPULATED.

2

3  **DATED:** August 10, 2023                    MAYALL HURLEY P.C.

4

5                                      By:_____
                                          NICHOLAS F. SCARDIGLI
6                                         Attorneys for Plaintiff
                                          JUAN OCHOA
7  **DATED**: August 10, 2023                   SEYFARTH SHAW LLP

8

9                                      By:___/s/ Lindsay Fitch_____
                                          Lindsay Fitch
10                                        Bradley D. Doucette
                                          *Attorneys for Defendant*
11                                        COSTCO WHOLESALE
                                          CORPORATION
12

13

14

15                              **<u>ORDER</u>**

16        Based on the foregoing stipulation and pursuant to Rule 15(a)(2) of the Federal Rules of

17  Civil Procedure, the Court grants the stipulation. Plaintiff may file his First Amended Complaint

18  for Damages within seven (7) days of the filing date of this order.

19        IT IS SO ORDERED.

20  DATED:  August 15, 2023.

21

22

23                              _____
                                CHIEF UNITED STATES DISTRICT JUDGE
24

25

26

27

28