MAYALL HURLEY, PC
Nicholas John Scardigli (SBN 249947)
2453 Grand Canal Blvd.
Stockton, CA 95207
Tele.: 209-477-3833
Fax: 209-473-4818
Email: nscardigli@mayallaw.com

Attorneys for Plaintiff
JUAN OCHOA JR.

SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Bradley D. Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:    (916) 448-0159
Facsimile:    (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN OCHOA JR., <br><br> Plaintiff, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-02287-KJM-AC <br><br> **STIPULATION To Continue The Fact Discovery Cutoff To Coincide With The Expert Discovery Cutoff; [~~PROPOSED~~] ORDER** <br><br> Complaint Filed:   November 18, 2022 |

Plaintiff JUAN OCHOA, JR. ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION ("Defendant") (collectively with Plaintiff, "the Parties"), by and through their respective attorneys of record herein, hereby stipulate as follows:

**WHEREAS**, on June 30, 2023 this Court set a pre-trial case schedule which ordered, in part, that all fact discovery be completed by March 15, 2024 and all expert discovery be completed by May 31, 2024. (Dkt. No. 16);

**WHEREAS**, the Parties have engaged in extensive discovery throughout this litigation and will soon commence depositions, but require additional time to complete discovery and depositions before the present fact discovery cutoff. In particular, Defense counsel is presently engaged in trials through the majority of February and March. As such, the Parties have met and conferred and agreed to stipulate to extend the fact discovery cutoff to coincide with the expert discovery cutoff of May 31, 2024 in order to give the Parties more time to conduct the necessary discovery.

**WHEREAS**, this Court's Standing Scheduling Order provides that " . . . the Magistrate Judge may modify a discovery cutoff to the extent such modification does not have the effect of requiring a change to the balance of the schedule." (Dkt. No. 17);

**WHEREAS**, the Parties agree that a brief modification of the schedule to make the fact discovery cutoff and expert discovery cutoff coincide should not require a change to the balance of the schedule.

**IT IS SO STIPULATED.**

DATED: February 5, 2024                                                  MAYALL HURLEY P.C.

By: _____
  NICHOLAS F. SCARDIGLI
  Attorneys for Plaintiff
  JUAN OCHOA

| | |
|---|---|
| DATED: February 5, 2024 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By: _____<br>Lindsay S. Fitch<br>Bradley D. Doucette<br><br>Attorneys for Defendant<br>COSTCO WHOLESALE CORPORATION |

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Stipulation To Continue The Fact Discovery Cutoff to Coincide With The Expert Discovery Cutoff, and good cause appearing therefor, HEREBY ORDERS AS FOLLOWS:

1. The present Fact Discovery Cutoff is continued to May 31, 2024.

IT IS SO ORDERED.

DATED: February 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE