# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JUAN OCHOA JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02287-KJM-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE DISCOVERY CUTOFF ONLY DUE TO PENDING SETTLEMENT CONFERENCE**<br><br>Date Action Filed: November 18, 2022 |

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Joint Stipulation To Continue Discovery Cutoff, and good cause appearing therefor, HEREBY ORDERS AS FOLLOWS:

1. The present Fact and Expert Discovery Cutoff is continued to July 18, 2024.

IT IS SO ORDERED.

Dated: May 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE