1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11

JUAN OCHOA JR.,

Case No. 2:22-cv-02287-KJM-AC

12

          Plaintiff,

**ORDER GRANTING JOINT
APPLICATION AND STIPULATION TO
AMEND THE PRETRIAL
SCHEDULING ORDER**

13

    v.

14

COSTCO WHOLESALE CORPORATION and
DOES 1-10, inclusive,

Date Action Filed: November 18, 2022
Trial Date:       None Set

15
16

          Defendants.

17

       The application and stipulation to amend the Pretrial Scheduling Order is hereby GRANTED.

18

The Pretrial Scheduling Order shall be amended as follows:

19
20

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff | 07/18/2024 | **10/18/2024** |
| Expert Discovery Cutoff | 07/18/2024 | **10/18/2024** |
| Last Day to Hear Dispositive Motions | 08/30/2024 | **12/13/2024** |

21
22
23
24
25
26

      Good cause appearing, the court grants the parties' request.**IT IS SO ORDERED.**

27

DATED:  July 16, 2024.

28

_____
CHIEF UNITED STATES DISTRICT JUDGE